**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                            Case No. 3:24-cr-195-TJC-LLL

REYNALDO GARCIA BRIONES, JR.,

## O R D E R

This case is before the Court on the United States' Motion for Revocation of Release Order (Doc. 8), to which defendant has responded in opposition (Doc. 22). The government was given an opportunity to reply but chose not to.

The Court has undertaken a de novo review by reviewing the transcript of the detention hearing, the Magistrate Judge's release order, the pretrial services report and associated documents. See Docs. 9, 10, 11, 14. While the Court agrees with the government that this is a serious drug case, the government's failure to reply to the defendant's response and to produce any proof other than argument to justify its position, leaves the Court unpersuaded. The Magistrate Judge's order puts substantial conditions on pretrial release, including a $100,000 bond and GPS location monitoring.

Even taking into account the rebuttable presumption, the government has not met its burden to show by a preponderance of the evidence that Briones' risk of flight or non-appearance cannot be overcome by conditions of release

under 18 U.S.C. § 3142. The government has also failed to show by clear and convincing evidence that no combination of conditions will ensure the safety of the community.

Accordingly, it is hereby

**ORDERED**:

1. The Court adopts the Magistrate Judge's Order Setting Conditions of Release (Doc. 10-1 and 10-2) as the Order of the Court.

2. The United States' Motion for Revocation of Release Order (Doc. 8) is **denied**.

**DONE AND ORDERED** in Jacksonville, Florida this 29th day of October, 2024.



s.
Copies:

Honorable Steve Kim
  United States Magistrate Judge
  Central District of California
Honorable Laura Lothman Lambert
  United States Magistrate Judge
Aakash Singh, Esq., AUSA-Jax
Henry M. Coxe, III, Esq.
Allan F. Brooke, II, Esq.
United States Pretrial Services
Defendant